## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Matthew H. Caston_

Write the full name of each plaintiff.

-against-

_Chemprene LLC, (Ammega Group) Et al_

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

_____CV_____

(Include case number if one has been assigned)

Do you want a jury trial?

☑ Yes    ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

FILED U.S. DISTRICT COURT
S.D. OF N.Y.W.P.
2025 MAY 27 AM 11:59

Rev. 3/24/17

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Matthew    H.    Caston

First Name    Middle Initial    Last Name

414    River St.

Street Address

Dutchess, Beacon    N.Y.    12508

County, City    State    Zip Code

845-264-5651    caston.matthew@yahoo.com

Telephone Number    Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:    (Thomas) Tom Jozefowicz, Head of Human Resources

Name

48'3 Fishkill Ave

Address where defendant may be served

Dutchess, Beacon    N.Y.    12508

County, City    State    Zip Code

Defendant 2:    Chemprene LLC (Ammega Group - Parent Company)

Name

48'3 Fishkill Ave

Address where defendant may be served

Dutchess, Beacon    N.Y.    12508

County, City    State    Zip Code

Page 2

Defendant 3:

David Ryan (General Manager at time of actions)

Name

4813 Fishkill Ave

Address where defendant may be served

Dutchess, Beacon          N.Y.          12508

County, City              State          Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

CHEMPRENE LLC (Ammega Group,)(Parent Company)

Name

483 Fishkill Ave

Address

Dutchess, Beacon          NY          12568

County, City              State          Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑ race:          repeatedly called "cracker"

☑ color:         Causasion

☐ religion:      _____

☐ sex:           _____

☐ national origin: _____

Page 3

☑ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _____white (causasion)_____

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☑ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _Asthma, Anxiety, PTSD, Short Term Disabilty before termination_

☑ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law):

_FMLA retaliation, Safety Compliant retalation, allowing + maintaing a known hostile work enviornment, isolation, not allowing me to maintain my work position, targeting, harassment, I was not allowed to relieve for breaks, as I was a, the only, relief operator in my department, some days told to sweep for hours, allowed employees to meaince me and attempted physical attacks, sending me home & not them, allowing employees to say "Fuck Your FMLA & Mother" — At time was provider for chemo for cancer_

Page 4

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐ did not hire me

☑ terminated my employment

☐ did not promote me

☐ did not accommodate my disability

☑ provided me with terms and conditions of employment different from those of similar employees

☑ retaliated against me

☑ harassed me or created a hostile work environment

☑ other (specify): Allowed other employees to willfully bypass safety feautres to attempt to hurt me, with no disciplince, injury could have resulted in lifelong impairment and/or death, dozens + dozens of near miss reports they did nothing about,

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

① 7/17/24 - Wrongfully Terminated

② 7/16/24 - Sent home for insobornation as they say for asking for assistance, following their Golden Safety Rules. - Said putting piece of paper on ground was insubordinate + terminated. It was a pre-text - Other employee had told my Supervisor to "Suck in my dick, you bitch ass ni...a" in front of GM, and was not terminated or written up. The diffence he did not have FMLA or Safety Concerbs throughout the years as I did.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

③ October of 2023 - was in a HR meeting where an employee went after me physically and was on tape, him attempting to asscalt me, The GM sent me, and not him home.

(4) October 15th, 2023 - Was forced to use a unstructed safe ladder to perform my job functions in fear of being insubornate. The CEO, then president Tom Mcoy, and other Chemprene LLC mangament (Ammeg Group) the next day tried having me written up for unsafe work conditions. The CEO of Ammege along with then President Tom McCoy were eye level with the "red tagged" ladder and were oblivious to it, only stated my behavior. The significance of this is over the years the many pre-texts' the company used to make it look like I cant perform my duties, this behavior started after I was granted FMLA for my Mother who was battling cancer and undergoing Chemotheapy and as my safety concerns and difference in how I'm being discriminated against started becomming documented by me.

(5) Spring of 2022, 2023 - employee said to me "Fuck your FMLA, and Fuck your mother" -HR, supervisor, +others were aware, two or three months later they awarwed said employee — employee of the month.

(6) Between July 6th 2024 — July 17th, 2024. HR and GM, David Ryan were made aware of bypassed safety feautres, lack of communication willfully, and racial remarks made towards me.

(7) Mid July, 2024, days before termination, 45 minute conversation with David Ryan (then GM) while he acklowed and watched surviallance tapes with me of two employees purposely bypassing safety features, not communicating with me, and laughting as if my life and safety concerns were a joke. Said he will immedialty address this, days later, I was terminated. Evidence of conversation are readily avaiable. (The list of their behavior is) massive

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue. *Also filed w/ Division of human rights*

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency? *Claim # 1024-71-82*

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? *3/25/25*

☐ No

Have you received a Notice of Right to Sue from the EEOC? *Pending*

☐ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?  _____

When did you receive the Notice?  _____

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

The company and approiate Employers were well aware of my rights being violated repeatlly and did nothing to protect my safety, psycological deteration due directy from such actions, Created and maintained and allowed a hostile work enviorment from allowing discrimination to continue, discrimination from FMLA, safety retaliation, demotion in job duties and functions, harassments to attempted physical assualts, bypassed safety feautures from other employees to no communication only with me → in attempt to increase the hosility and threats to remove me from my position

Page 6

- Back pay
- Future pay
- Monetary damages
- Compensatory damages
- punitive damages
- Pain & suffering
- psycolocial damages
- emotional damage

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| May 27, 2025 | Matthew H. Caston |
| Dated | Plaintiff's Signature |

| Matthew | H. | Caston |
|---|---|---|
| First Name | Middle Initial | Last Name |

414 River St.

**Street Address**

| Dutchess, Beacon | NY | 12508 |
|---|---|---|
| County, City | State | Zip Code |

| 845 - 264 - 5651 | Caston.matthew@yahoo.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.